**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

CIVIL MINUTES -- GENERAL

Case No.  EDCV 10-00662-VAP (DTBx)           Date:  August 23, 2010

Title:   PABLO GONZALEZ -v- AURORA LOAN SERVICES, LLC
===============================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

           Marva Dillard                          None Present
           Courtroom Deputy                       Court Reporter

ATTORNEYS PRESENT FOR              ATTORNEYS PRESENT FOR
PLAINTIFFS:                        DEFENDANTS:

           None                                   None

PROCEEDINGS:      MINUTE ORDER DISMISSING PLAINTIFF'S COMPLAINT
                  (IN CHAMBERS- No Proceedings Held)

   Pablo Gonzalez ("Plaintiff ") filed a complaint ("Complaint") against Aurora Loan Services, LLC ("Defendant") on May 5, 2010. (Doc. No. 1.) On August 11, 2010, the Court ordered Plaintiff to show cause ("OSC"), in writing, no later than August 20, 2010, why the Complaint should not be dismissed for lack of subject matter jurisdiction. (Doc. No. 6.) Plaintiff failed to respond to the OSC. Accordingly, the Court DISMISSES Plaintiff"s Complaint, without prejudice.

   **IT IS SO ORDERED.**

MINUTES FORM 11                              Initials of Deputy Clerk: jh-relief
CIVIL -- GEN                  Page 1